FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 05 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18-CR 83 |
| JUAN CARLOS SAUCEDO-MEZA | § | Judge Crone-Giblin |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

(Violation: 18 U.S.C. § 1201(a)(1)
Kidnapping)

From on or about August 24, 2018 through on or about August 25, 2018, in the Eastern District of Texas, the defendant, **Juan Carlos Saucedo-Meza**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold for ransom, reward, or otherwise, S.J., and in committing or in furtherance of the commission of the offense, did willfully transport S.J. in interstate commerce from the State of Texas to the State of Louisiana.

All in violation of 18 U.S.C. § 1201(a)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURES

### Criminal Forfeiture Pursuant to 18 USC § 981(a)(1)(C) & 28 USC § 2461

As a result of committing the offense alleged in Count One of the indictment, **Juan Carlos Saucedo-Meza**, defendant, did use or intend to use personal property to commit said offense and shall forfeit to the United States such property pursuant to 18 USC § 981(a)(1)(C) & 28 USC § 2461, including but not limited to the following:

### A. Personal Property

1) a 2015 red Toyota pickup truck, VIN 5TFJU4GN3FX087149.

### B. Substitute Assets

If, as a result of any act or omission by defendants, any of the property described above:

1) cannot be located upon the exercise of due diligence;

2) has been transferred or sold to, or deposited with, a third party;

3) has been placed beyond the jurisdiction of the court;

4) has been substantially diminished in value; or

5) has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), incorporated by reference by 18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. §2461(c) to seek forfeiture of any other property of defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by defendants.

By virtue of the commission of the aforementioned offense charged in this indictment by the defendant, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States for its use or for any other disposition in its discretion pursuant to 18 USC § 1201, 981(a)(1)(C) & 28 USC § 2461.

A TRUE BILL

_____  
GRAND JURY FOREPERSON

9/5/2018  
Date

JOSEPH D. BROWN  
UNITED STATES ATTORNEY

_____  
Christopher Tortorice  
Assistant United States Attorney

9.5.18  
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:18CR 83<br>Judge |
| JUAN CARLOS SAUCEDO-MEZA | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. §1201(a)(1) (Kidnapping)

Penalty: Imprisonment for any term of years, or for life, a fine not to exceed $250,000 or twice the pecuniary loss to the victim or gain to the defendant, or both; and term of supervised release of not more than five (5) years.

Special Assessment: $100