DATE October 9, 2018                                CASE NUMBER   1:18cr83
LOCATION Beaumont  Division
JUDGE       Keith F. Giblin                         USA vs **Juan Carlos Saucedo-Meza**
DEPUTY CLERK   Sherré White
RPTR/ECRO Sherré White                              AUSA Assigned: Chris Tortorice
USPO     Mark Goforth/Carl Tucker                   AUSA Appeared: Chris Tortorice
BEGIN    2:02 p.m.    END: 2:10 p.m.                Deft Atty:   N/A
COURT TIME: 8 mins
Interpreter:    Luis Garcia

# INITIAL APPEARANCE

✔ . . .    Interpreter, **Luis Garcia**, sworn by the court

✔          Dft  appears with out  counsel -

✔          Appears on:☐ Complaint ✔ Indictment  ☐ Information  ☐ Violation of probation  ☐ Violation of Supervised Release
✔          Date of arrest:   10/9/2018

✔ . . . Dft     ✔ sworn              ✔ physically/mentally ready          ✔ stated name for the record
                ✔ advised of charges ✔ advised of maximum penalties       ✔ advised of right to remain silent;
                ✔ advised of right to counsel  ✔ rec'd copy of the charges;    discussed charges w/ cnsl;
                ✔ charges read

**Attorney Status:**
✔...... Defendant advises the court that she/he is unable to retain counsel,
✔...... Financial Affidavit executed the court finds the defendant is indigent and unable to retain counsel
✔...... The Court appoints the Federal Public Defender to represent the defendant in this matter
..... The Court appoints Counsel from the CJA Panel
✔ .....   Order Appointing John McElroy

**Additional Hearings:**
. . . . . Preliminary Hearing is scheduled for:
✔. . . . Arraignment is scheduled for: October 10, 2018 at 1:30 p.m.
✔. . . . Detention hearing is scheduled for: October 10, 2018 at 1:30 p.m.

**Orders:**
. . . . . $ _____ Unsecured Appearance Bond
. . . . . Order Setting Conditions of Release
✔..... Order of Temporary Detention

**Custody Status:**
. . .     Defendant released on bond and conditions
✔ . . . . .Defendant remanded back into the custody of the US Marshal pending additional hearings before this court

✔       Minutes filed