DATE: October 10, 2018
LOCATION Beaumont   Division
JUDGE     Keith F. Giblin
DEPUTY CLERK  Sherré White
RPTR/DCR  Sherré White
USPO     Mark Goforth
BEGIN     2:25p.m.    END: 2:30 p. m.
COURT TIME:  5  min
INTERPRETER:  Luis Garcia

CASE NUMBER 1:18cr83

USA vs Juan Carlos Saucedo-Meza

AUSA Assigned: Chris Tortorice
AUSA Appeared: Chris Tortorice
Deft Atty: John McElroy

## ARRAIGNMENT

✔ . . . . .   Interpreter, Luis Garcia, sworn by the court

✔ . . . . . . .   Arraignment  on the Indictment
✔ . . . . . .   Hearing held
✔ . . . . .   Dft appeared with counsel – John McElroy

✔ . . . Dft    ✔ sworn           ✔ physically/mentally ready     ✔ stated name for the record
              ✔ advised of charges   ✔ advised of maximum penalties   ✔ advised of right to remain silent;
              ✔ advised of right to counsel   ✔ rec'd copy of the charges;   ✔ discussed charges w/ cnsl;
              ✔ charges read

✔ . . . . . . .   Defendant enters a plea of NOT GUILTY to Count(s) 1

✔ . . . . . . .   The following orders are entered by the court:
    1.    Order setting  Final Pretrial on December 17, 2018 at 9:00 a.m., before Judge Crone in Courtroom #3, Beaumont, Texas;

    2.    Scheduling Order Re: Pretrial Discovery and Inspection.   Deft has 30 days to file motions not covered by this order. Govt has 10 days to respond.

## DETENTION HEARING

✔ . . . . . . .   Detention hearing was called by the court

✔ . . . . . . .   Defendant Consented to Detention in open court

✔ . . . . . . .   Order of Detention Pending Trial

✔ . . . . . . .   Defendant remanded into the custody of the US Marshal

✔ . . . . . . . .   Minutes Filed